# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-86

_____

LAUREN M. COUBERT,

Appellant,

v.

JAMES BARNETT and RICHARD BARNETT,

Appellees.

_____

On appeal from the Circuit Court for Walton County.
Jeffrey E. Lewis, Judge.

December 19, 2018

PER CURIAM.

AFFIRMED.

B.L. THOMAS, C.J., and WETHERELL and WINSOR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

J. Christopher Klotz of Stevenson Klotz, LLP, Pensacola, for Appellant.

No appearance for Appellees.